**ROANNE L. MANN**  
**UNITED STATES MAGISTRATE JUDGE**

DATE: April 9, 2012  
START: 1:30 p.m.  
END: 1:55 pm

DOCKET NO: 12-CV-102 (JBW)

CASE: Young v. The City of New York, et al.

✔ INITIAL CONFERENCE  
___ DISCOVERY CONFERENCE  
___ SETTLEMENT CONFERENCE  
___ OTHER/ORDER TO SHOW CAUSE  
___ FINAL/PRETRIAL CONFERENCE  
✔ TELEPHONE CONFERENCE

FOR PLAINTIFF: Christopher Wright

FOR DEFENDANT: Ryan Shaffer (by phone)

___ FACT DISCOVERY TO BE COMPLETED BY 8/9/12  
✔ NEXT settlement CONFERENCE SCHEDULED FOR 6/22/12 10 AM  
___ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY  
___ PL. TO SERVE DEF. BY: ___   DEF. TO SERVE PL. BY: ___

RULINGS: **PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

Automatic disclosure shall be completed by April 13, 2012.

Pleadings may be amended and new parties added until May 11, 2012.

The scheduling of expert disclosure and dispositive motions is deferred until the settlement conference.